TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-0112-DJC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| WALTER SMITH, | ) **AND EXCLUDING TIME** |
| Defendant. | ) Judge:  Hon. Daniel J. Calabretta |
|  | ) Date:   June 15, 2023 |
|  | ) Time:   9:00 a.m. |

    Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate that the status conference scheduled for June 15, 2023, may be continued to September 14, 2023, at 9:00 a.m.

    The government recently provided 1375 pages of discovery, including audio and video evidence.  Additional discovery is expected.  The defense requires additional time to review discovery, to investigate, and to determine what steps are needed to evaluate, prepare, and schedule the case.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through September 24, 2023, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period

-1-

of delay results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated:  June 12, 2023                         */s/ Tim Zindel*
                                              TIMOTHY ZINDEL
                                              Attorney for WALTER SMITH


                                              PHILLIP A. TALBERT
                                              United States Attorney


Dated:  June 12, 2023                         */s/ T. Zindel for R. Yang*
                                              ROGER YANG
                                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 14, 2023.  Time under the Speedy Trial Act is excluded for the reason set forth above, the Court finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  June 12, 2023                         /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE