UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 24, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00112-DJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| WALTER SMITH, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **WALTER SMITH**, Case No. 2:23-cr-00112-DJC, Charge 18 UCS § 2422(b), from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ \_\_\_\_\_

    \_\_\_\_\_   Unsecured Appearance Bond $ \_\_\_\_\_

    \_\_\_\_\_   Appearance Bond with 10% Deposit

    __X__   Appearance Bond with Surety

    \_\_\_\_\_   Corporate Surety Bail Bond

    \_\_\_\_\_   (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 24, 2023, at 2:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire