TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-0112-DJC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **MODIFYING CONDITIONS OF RELEASE** |
| WALTER SMITH, | ) **AND VACATING HEARING** |
| Defendant. | ) Judge:   Hon. Allison Claire |

     Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate that special condition 18 of the pretrial release conditions ordered on July 19, 2023, doc. 24, may be modified to read: "You must remain inside your residence every day from 4:00 PM to 8:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."  The sole purpose of this agreement is to change Mr. Smith's curfew. No other modification is sought.

     The parties and Pretrial Services have reviewed Mr. Smith's motion to modify filed on November 24, 2023, which lead to this agreement.  The parties agree that hearing on that motion (scheduled for December 1st) may be vacated.

Pretrial Services drafted amended special conditions of release, filed with this stipulation. The parties respectfully ask the Court to adopt them.

Respectfully Submitted,

Dated:  November 28, 2023

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for WALTER SMITH

PHILLIP A. TALBERT
United States Attorney

Dated:  November 28, 2023

*/s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

The conditions of pretrial release are amended as set forth above.  The amended special conditions of release are adopted.  The December 1st hearing on defendant's motion to modify his release conditions is vacated.

IT IS SO ORDERED.

Dated:  November 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE