TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>WALTER SMITH,<br><br>        Defendant. | Case No. 2:23-CR-0112-DJC<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Judge:   Hon. Daniel J. Calabretta<br>Date:    January 18, 2024<br>Time:   9:00 a.m. |

    Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate that the status conference scheduled for January 18, 2024, may be continued to April 18, 2024, at 9:00 a.m.

    The government has provided 1375 pages of discovery, including audio and video evidence, but has yet to complete its review of devices seized from Mr. Smith or to disclose the results of that review.  The parties agree that this must be done before the case may be further scheduled.  Once the government's review is completed, the defense may require additional time to review, investigate, and determine what steps are needed to prepare and schedule the case.  The parties therefore agree, and request, that the Court should exclude time under the Speedy

Trial Act from the date of this order through April 18, 2024, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully Submitted,

Dated:  January 12, 2024                   */s/ Tim Zindel*
                                                                      TIMOTHY ZINDEL
                                                                      Attorney for WALTER SMITH

                                                                      PHILLIP A. TALBERT
                                                                      United States Attorney

Dated:  January 12, 2024                   */s/ T. Zindel for R. Yang*
                                                                      ROGER YANG
                                                                      Assistant U.S. Attorney

## O R D E R

       The status conference is continued to April 18, 2024.  Time under the Speedy Trial Act is excluded for the reason set forth above, the Court finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

       IT IS SO ORDERED.

Dated:  January 12, 2024                   /s/ Daniel J. Calabretta
                                                                      THE HONORABLE DANIEL J. CALABRETTA
                                                                      UNITED STATES DISTRICT JUDGE