TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: 916-704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER SMITH,<br><br>Defendant. | Case No. 2:23-CR-0112-DJC<br><br>**ORDER (PROPOSED) RE MOTION TO ALLOW TRAVEL**<br><br>Judge:  Hon. Jeremy D. Peterson |

This order memorializes the Court's oral ruling of February 15, 2024.  The Court GRANTED defendant's motion in part, as follows: (1) defendant's curfew is extended on Saturday, February 24, 2024, to allow him to be out between the hours of 4:00 a.m. to 10:00 p.m.; (2) defendant may travel to Monterey County, California, that day to attend wedding events and may stay overnight, returning home by his regular 4:00 p.m. curfew on Sunday, February 25, 2024; (3) defendant shall take with him all equipment necessary to continue his electronic monitoring.

IT IS SO ORDERED.

Dated:  February 16, 2024

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge