TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>WALTER SMITH,<br><br>　　Defendant. | Case No. 2:23-CR-0112-DJC<br><br>**STIPULATION AND ORDER<br>MODIFYING CONDITIONS OF RELEASE**<br><br>Judge:   Hon. Allison Claire |

　　Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate that special condition 18 of the pretrial release conditions ordered on July 19, 2023, doc. 24, modified on November 29, 2023, doc. 33, may be modified to read:  "You must remain inside your residence every day from 6:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations, through September 22, 2024.  Effective September 23, 2024, the prior curfew (4:00 p.m. to 8:00 a.m.) shall resume, absent further order of the Court."

/ / / / /

/ / / / /

The sole purpose of this agreement is to change Mr. Smith's curfew for the remainder of the summer. No other modification is sought. Pretrial Services has approved this proposed modification.

Respectfully Submitted,

Dated: June 25, 2024            */s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for WALTER SMITH

PHILLIP A. TALBERT
United States Attorney

Dated: June 25, 2024            */s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

The conditions of pretrial release are amended as set forth above. The amended special conditions of release are adopted, with the modification effective through September 22, 2024.

IT IS SO ORDERED.

Dated: June 26, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE