1  TIMOTHY ZINDEL, #158377
   P.O. Box 188976
2  Sacramento, CA  95818
   Tel: (916) 704-2665
3  timzindel@gmail.com
4
5  Attorney for Defendant
   WALTER SMITH
6
7
8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,      ) Case No. 2:23-CR-0112-DJC
                                   )
12      Plaintiff,                 )
                                   ) **STIPULATION AND ORDER**
13      vs.                        ) **MODIFYING CONDITIONS OF**
                                   ) **PRETRIAL RELEASE**
14  WALTER SMITH,                  )
                                   )
15      Defendant.                 ) Judge:   Hon. Chi Soo Kim
                                   )
16                                 )
                                   )
17  _____    )

18

19      Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate that

20  special condition 18 of the pretrial release conditions ordered on July 19, 2023, doc. 24, modified

21  on November 29, 2023 (doc. 33) and on June 26, 2024 (doc. 44), may be modified to read: "You

22  must remain inside your residence every day from 8:00 PM to 7:00 AM, or as adjusted by the

23  pretrial services officer for medical, religious services, employment or court-ordered

24  obligations."

25  / / / / /

26  / / / / /

27  / / / / /

28

The sole purpose of this agreement is to change Mr. Smith's curfew going forward. No other modification is sought. Pretrial Services has approved this proposed modification.

                                        Respectfully Submitted,

Dated: September 30, 2024                */s/ Tim Zindel*
                                        TIMOTHY ZINDEL
                                        Attorney for WALTER SMITH


                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: September 30, 2024                */s/ T. Zindel for R. Yang*
                                        ROGER YANG
                                        Assistant U.S. Attorney


### **O R D E R**

The conditions of pretrial release are amended as set forth above.

    IT IS SO ORDERED.

Dated: September 30, 2024                _____
                                        HON. CHI SOO KIM
                                        United States Magistrate Judge