TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>WALTER SMITH,<br><br>    Defendant. | Case No. 2:23-CR-0112-DJC<br><br>**STIPULATION AND ORDER ALLOWING TRAVEL**<br><br>Judge:   Hon. Allison Claire |

     Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate that Mr. Smith may travel from his home in the Eastern District of California to Jackson, Mississippi on the dates and conditions set forth below.  The information noted in this stipulation has been reviewed by both the government and pretrial services and is presented here in summary form.

     Mr. Smith is a plaintiff in a civil action pending in Hinds County, Mississippi. Defendant, a bank, has subpoenaed him for a deposition on November 21, 2024, and has insisted that the deposition take place in person in Jackson because of the number of documents involved. Mr. Smith's attorney has asked to meet with him there on November 20 to prepare for the deposition.  He expects the deposition to last the entire day on November 21.  This proposed

stipulation affords pretrial services discretion to allow an extra day of travel if necessary although Mr. Smith's current travel arrangements have him leaving from Sacramento on Tuesday, November 19, and returning on Friday, November 22.  Mr. Smith has provided his flight and hotel information to Pretrial Services.  He will be traveling with his wife, who is also his third-party custodian.

Accordingly, the parties agree:

1. Mr. Smith may travel to Jackson, Mississippi, leaving on November 19, 2024, and returning on November 22, 2024;
2. Pretrial Services is authorized to extend the return deadline by one day (to November 23) if necessary to complete the deposition;
3. Pretrial Services is authorized to extend or modify Mr. Smith's existing curfew (8:00 p.m. to 7:00 a.m.) as needed during the period of travel;
4. Mr. Smith shall take his electronic monitoring equipment with him and use it throughout the period of travel as directed by Pretrial Services.
5. During the period of travel, condition no. 18 of the conditions of release may be amended as follows, to allow GPS monitoring if Pretrial Services determines it is appropriate:

> "You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by the pretrial services officer.** You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer."

/ / / / /

/ / / / /

/ / / / /

6. All other conditions shall remain in effect during travel.

.                                  Respectfully Submitted,

Dated: November 7, 2024             */s/ Tim Zindel*
                                    TIMOTHY ZINDEL
                                    Attorney for WALTER SMITH


                                    PHILLIP A. TALBERT
                                    United States Attorney


Dated: November 7, 2024             */s/ T. Zindel for R. Yang*
                                    ROGER YANG
                                    Assistant U.S. Attorney


**O R D E R**

Permission to travel is hereby granted and the above conditions are adopted during the period of travel. All other conditions of pretrial release shall remain in effect.

IT IS SO ORDERED.

Dated: November 7, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE