PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER SMITH,<br><br>Defendant. | CASE NO. 2:23-CR-0112 DC<br><br>SECOND STIPULATION AND ORDER AMENDING SCHEDULE FOR PRETRIAL MOTIONS<br><br>DATE: February 14, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Walter Smith, by and through defendant's counsel of record, hereby stipulate as follows:

1. On December 16, 2024, the Court adopted an amended motion schedule, setting the hearing on February 14, 2025. Responsive briefs were due on January 10, 2025, with any reply briefs due on January 31, 2025

2. By this stipulation, the parties agree and stipulate, and request that the Court amend the schedule as follows:

Responsive briefs will be due on January 17, 2025.

Reply briefs will be due on February 7, 2025.

The hearing on the motions will still be on February 14, 2025.

3. Time remains excluded in accordance with the prior stipulation and order, and because

1

the dispositive motions have been filed and are pending.

   IT IS SO STIPULATED.

Dated:  January 8, 2025          PHILLIP A. TALBERT
                  United States Attorney

                  /s/ ROGER YANG
                  ROGER YANG
                  Assistant United States Attorney

Dated:  January 8, 2025          /s/ TIMOTHY ZINDEL
                  TIMOTHY ZINDEL
                  Counsel for Defendant
                  WALTER SMITH

**ORDER**

   IT IS SO ORDERED.

Dated:  **January 10, 2025**

                  Dena Coggins
                  United States District Judge