TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>          vs.<br><br>WALTER SMITH,<br><br>    Defendant. | Case No. 2:23-CR-0112-DC<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PRETRIAL MOTIONS**<br><br>Judge:   Hon. Dena Coggins |

Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate to continue the hearing on pretrial motions one week, from February 14 to February 21, 2025.  The motions and opposing briefs have been filed, and reply briefs are due February 7, with a hearing set for February 14.  However, defense counsel has been asked to serve as witness to a close friend's courthouse wedding on February 14, and defense counsel has asked to move the hearing one week to February 21st (February 28 is also fine) so that he can attend the wedding.  The government does not oppose this request.

/ / / / /

/ / / / /

/ / / / /

The parties recognize and agree that time under the Speedy Trial Act is automatically excluded pursuant to 18 U.S.C. section 3161(h)(1)(D) from the date the motions were filed through the disposition of the motions.

Respectfully Submitted,

Dated: January 24, 2025 　　　　　　　　　*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for WALTER SMITH

MICHELE BECKWITH
Acting United States Attorney

Dated: January 24, 2025 　　　　　　　　　*/s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

# O R D E R

The hearing on pretrial motions set for February 14, 2025 is RESCHEDULED for February 21, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. Time under the Speedy Trial Act remains excluded as set forth above.

IT IS SO ORDERED.

Dated: **January 27, 2025**

Dena Coggins
United States District Judge

-2-