TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
WALTER SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-0112-DC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **MODIFYING CONDITIONS OF** |
| | ) **PRETRIAL RELEASE** |
| WALTER SMITH, | ) |
| Defendant. | ) Judge:  Hon. Carolyn K. Delaney |

    Plaintiff, United States of America, and defendant, Walter Smith, hereby stipulate that special condition 14 of the pretrial release conditions ordered on July 19, 2023, doc. 24, may be modified to read:  "You must remove, and provide proof of divestment, of all electronic devices capable of accessing the Internet, including any "Smart" televisions, from your home, *unless approved by the pretrial services officer*.  Lee Ann Smith's iPhone must be password protected. In this regard, you must provide proof to Pretrial Services, as directed, that the device is password protected; and you may not have access to Lee Ann Smith's iPhone."

    The purpose of this amendment is to harmonize special condition 14 with special condition 13, which allows the use of internet-capable devices, including Smart televisions (*i.e.*

-1-

internet-enabled televisions), if "approved in advance by the pretrial services officer." The Smiths have four Smart TVs in their home although they are not connected to the internet (the Smiths do not have WiFi service). Pretrial does not object to their continued use of the Smart televisions but has recommended that condition 14 be modified to match condition 13.

.

                                      Respectfully Submitted,

Dated: July 25, 2025            */s/ Tim Zindel*
                                    TIMOTHY ZINDEL
                                    Attorney for WALTER SMITH

                                    KIMBERLEY A. SANCHEZ
                                    Acting United States Attorney

Dated: July 25, 2025            */s/ T. Zindel for R. Yang*
                                    ROGER YANG
                                    Assistant U.S. Attorney

**O R D E R**

    The conditions of pretrial release are amended as set forth above.

    IT IS SO ORDERED.

Dated: July 28, 2025

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE